# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES -- GENERAL

Case No.     **CV 18-9932-MWF(PLAx)**                              Dated: **January 29, 2019**

Title:       Brian Whitaker -v- 7601 Melrose Avenue LLC, et al.

PRESENT: HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

| Rita Sanchez | None Present |
| Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:        ATTORNEYS PRESENT FOR DEFENDANTS:

None Present                             None Present

PROCEEDINGS (IN CHAMBERS):        COURT ORDER

In light of the Notice of Settlement [16] filed January 25, 2019, the Court sets a hearing on Order To Show Cause Re Dismissal for March 25 ,2019 at 11:30 a.m. If a stipulated dismissal is filed prior to this date, the matter will be taken off calendar and no appearance is needed. All other dates and deadlines are hereby vacated.

IT IS SO ORDERED.

MINUTES FORM 90                                  Initials of Deputy Clerk ___rs___
CIVIL - GEN